*Cathleen Mulligan-Edwards,* state's advocate, in opposition.

Decided September 15, 1993

## STATE OF CONNECTICUT *v.* DENNIS LUZIETTI

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 1 (AC 11466), is granted, limited to the following issue:

"Does the trial court have jurisdiction to reconsider the defendant's motion for judgment of acquittal after the defendant had begun serving his sentence?"

The Supreme Court docket number is SC 14828.

*Barry N. Silver,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 15, 1993

## DIANA CHUTE *v.* MOBILE SHIPPING AND TRANSPORTATION COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 16 (AC 11725), is denied.

*Jeffrey D. Ginzberg,* in support of the petition.

*Augustus R. Southworth III,* in opposition.

Decided September 15, 1993